**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE SUBPOENAS TO<br>MCDERMOTT WILL & EMERY LLP,<br>TOBY H. KUSMER, and HASAN RASHID<br><br>*issued in*<br><br>VIRNETX INC. and SCIENCE<br>APPLICATIONS INTERNATIONAL<br>CORPORATION,<br><br>*Plaintiffs,*<br><br>v.<br><br>APPLE, INC.,<br><br>*Defendant.* | Case No. 14-mc-91276<br><br><br><br><br>Case No. 6:12-cv-855 (E.D. Tex.) |

**NONPARTY SUBPOENA RESPONDENTS' NOTICE OF LACK OF OPPOSITION
TO THEIR SEPTEMBER 12, 2014 EMERGENCY MOTION TO STAY
ENFORCEMENT OF, AND COMPLIANCE WITH, NON PARTY SUBPOENAS**

Nonparty subpoena respondents McDermott Will & Emery LLP ("the Firm"), Toby H. Kusmer, and Hasan Rashid (collectively, "Movants") hereby advise the Court that on September 15, 2014, at approximately 4:40 p.m. Eastern Daylight Time, counsel for Apple, Inc. ("Apple") wrote to counsel for Movants stating that Apple does not oppose entry of a stay of enforcement and compliance with its July 22, 2014 deposition subpoenas served on Movants until resolution of Movant's forthcoming motion to quash, which Movants have indicated they intend to file on or before September 17, 2014.

Dated: September 15, 2014    Respectfully submitted,

/s/ *Matthew E. Leno*
Matthew E. Leno
MCDERMOTT WILL & EMERY LLP
28 State Street
Boston, MA 02109-1775
T: 1 (617) 535-4000
F: 1 (617) 535-3800

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 15, 2014, I filed the foregoing document with the District Court for the District of Massachusetts via the Court's ECF system. I further certify that I served a file-stamped copy of the foregoing document on counsel for Apple, Inc. at the following address via electronic mail on September 15th, 2014 and via first-class mail on September 16, 2014.

> David Draper
> Kirkland & Ellis LLP
> 601 Lexington Avenue
> New York, New York 10022
> *david.draper@kirkland.com*
> **Attorney for Apple, Inc.**

I certify that I served a file-stamped copy of the foregoing document on counsel for Science Applications Internal Corporation and VirnetX, Inc. at the following addresses via electronic mail on September 15, 2014.

| | |
|---|---|
| Andy Tindel | Jason Dodd Cassady |
| Attorney & Counsel at Law, P.C. | Caldwell Cassady & Curry, PC |
| 112 E. Line, Suite 304 | 2010 Cedar Springs Road, Suite 1000 |
| Tyler, TX 75702 | Dallas, TX 75201 |
| *atindel@andytindel.com* | *jcassady@caldwellcc.com* |
| *Attorney for Science Applications International Corporation* | *Attorney for VirnetX, Inc.* |

/s/ *Sam P. Myler*
Sam P. Myler

DM_US 55039650-1.077580.0158